Case 7:24-cr-00182-DC   Document 1   Filed 09/25/24   Page 1 of 1

FILED
9/25/2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     KG
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **Case No: 7:24-CR-00182** |
| Plaintiff, | § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 U.S.C. § 1546(a) - Fraud and Misuse of Visas, Permits, and Other Documents |
| ELEAZER KASSHOGGI MUJICA-ROJAS, also known as (a.k.a.): La Fresa, | § § § | |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

Beginning on or about August 8, 2023 and continuing to September 1, 2024 in the Western District of Texas, and elsewhere, the defendant,

**ELEAZER KASSHOGGI MUJICA-ROJAS,**
a.k.a.: La Fresa,

did obtain, accept and receive a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, namely: an employment authorization card, knowing it to have been procured by means of a false claim or statement, procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
United States Attorney

By: /s/ B. Young
_____
Brandi Young
Assistant United States Attorney