IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ] | |
| | ] | CRIMINAL NO. |
| VS. | ] | MO::24-CR-00182(1)-DC |
| | ] | |
| ELEAZER KASSHOGGI MUJICA-ROJAS | ] | |

## **UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ELEAZER KASSHOGGI MUJICA-ROJAS, Defendant in the above entitled and numbered cause, by and through his attorney of record, LUIS CHAVEZ, and would move this Court to continue the proceedings presently pending, and as grounds therefore would respectfully show the following:

I.

The requested hearing to be continued is the Sentencing scheduled for Wednesday, April 9, 2025 at 9:30 a.m.

II.

Counsel for Defendant respectfully requests this hearing be reset for thirty (30) days in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Unopposed Motion for Continuance of Sentencing be granted.

Respectfully submitted,

THE CHAVEZ LAW FIRM
ATTORNEYS AT LAW
121 E. 4th Street
Odessa, Texas 79761
TEL:  (432)580-0303
FAX:  (432)332-8714

BY: */s/Luis Chavez*
      LUIS A. CHAVEZ
      STATE BAR NO.:  04162710

## CERTIFICATE OF CONFERENCE

This is to certify that I have spoken to Richard Watts, Assistant United States Attorney, and he does not oppose this Motion.

*/s/Luis A. Chavez*
LUIS A. CHAVEZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendant's Unopposed Motion for Continuance of Sentencing was on this the 1st day of April, 2025, forwarded by electronic mail to the Richard Watts, Assistant United States Attorney, 700 E San Antonio, Suite 200, El Paso, Texas 79901.

*/s/ Luis A. Chavez*
LUIS A. CHAVEZ